UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

WELLS FARGO BANK, N.A.,

Plaintiff,

vs.

STANDARD CHARTERED BANK,
ROCKLAND TRUST COMPANY, and
IPS SKY HAVEN, INC.,

Defendants.

Civ. No. 2:17-cv-2039-KM-JBC

ORDER

**THIS MATTER** having come before the Court on the motion of plaintiff Wells Fargo Bank, N.A. for default judgment as to defendant IPS Sky Haven, Inc. (ECF No. 20); and defendant IPS Sky Haven, Inc. having failed to respond; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 29th day of June, 2018,

**ORDERED** that the motion for default judgment (ECF No. 20) is granted. IPS Sky Haven, Inc. is hereby restrained from instituting an action against Wells Fargo regarding the proceeds from the Account in question.

The clerk shall close the file.

**KEVIN MCNULTY**
United States District Judge